1  LAWRENCE G. BROWN
   Acting United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,    )   CASE NO. 2:07-cr-00176 MCE
                                )
12              Plaintiff,      )   STIPULATION AND ORDER CONTINUING
                                )   STATUS CONFERENCE
13      v.                      )
                                )
14 YVONNE C. WEST,              )
                                )   DATE:  September 24, 2009
15              Defendant.      )   TIME:  9:00 a.m.
                                )   COURT: Morrison C. England, Jr.

17      The undersigned prosecutor and Robert W. Holley, counsel for
18 Yvonne C. West, have agreed that the status conference in her case
19 should be moved from August 27, 2009, to September 24, 2009.  Ms.
20 West's son, Sammy Kelson, and daughter, Sammethia Kelson, are
21 scheduled to be sentenced on September 24, 2009 (the sentencings
22 were continued from August 27).  Under the terms of the package-deal
23 plea agreements, after Sammy Kelson and Sammethia Kelson have been
24 sentenced, the government intends to move to dismiss the charges
25 against Yvonne C. West.  Therefore, the cases should stay together.
26      The parties further agree that time should be excluded from the
27 speedy trial calculation under the Speedy Trial Act through the new
28 status conference date of September 24, 2009, pursuant to 18 U.S.C.

                                1

§ 3161(h)(7)(A) & (B) and Local Code T, because of the pendency of the sentencing of the co-defendants and the potential dismissal of the charges against this defendant.

Defense counsel has authorized the prosecutor to sign this stipulation on his behalf.

DATED: August 26, 2009          LAWRENCE G. BROWN
                                United States Attorney

                          by    /s/ Samantha S. Spangler
                                Samantha S. Spangler
                                Assistant U.S. Attorney

DATED: August 26, 2009    by    /s/ Samantha S. Spangler for
                                Robert Holley
                                Counsel for Yvonne C. West

## Order

Good cause appearing,

1) The status conference is continued to September 24, 2009, at 9:00 a.m.;

2) Time is excluded through September 24, 2009, because of the pendency of the co-defendants' sentencings and the anticipated dismissal of charges against this defendant, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) and Local Code T.  The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: August 27, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE