1  LAWRENCE G. BROWN
   Acting United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )    CASE NO. 2:07-cr-00176 MCE
                                   )
12              Plaintiff,         )    STIPULATION AND ORDER CONTINUING
                                   )    STATUS CONFERENCE
13        v.                       )
                                   )
14  YVONNE C. WEST,                )
                                   )    DATE:   October 15, 2009
15              Defendant.         )    TIME:   9:00 a.m.
                                   )    COURT:  Morrison C. England, Jr.
16                                 )
                                   )
17  _____)

18                          Stipulation

19      The undersigned prosecutor and Robert W. Holley, counsel for

20  Yvonne C. West, have agreed that the status conference in her case

21  should be moved from September 24, 2009, to October 15, 2009, at

22  9:00 a.m.  Ms. West's son, Sammy Kelson, and daughter, Sammethia

23  Kelson, are scheduled to be sentenced on October 15, 2009 (the

24  sentencing hearings were continued from September 24).  Under the

25  terms of the package-deal plea agreements, after Sammy Kelson and

26  Sammethia Kelson have been sentenced, the government intends to move

27  to dismiss the charges against Yvonne C. West.  Therefore, the cases

28  should stay together.

                              1

1    The parties further agree that time should be excluded from the

2 speedy trial calculation under the Speedy Trial Act through the new

3 status conference date of October 15, 2009, pursuant to 18 U.S.C. §

4 3161(h)(7)(A) & (B) and Local Code T, because of the pendency of the

5 sentencing of the co-defendants and the potential dismissal of the

6 charges against this defendant.

7    Defense counsel has authorized the prosecutor to sign this

8 stipulation on his behalf.

9 DATED:  September 23, 2009          LAWRENCE G. BROWN
                                      United States Attorney
10
                               by     /s/ Samantha S. Spangler
11                                     Samantha S. Spangler
                                      Assistant U.S. Attorney
12

13 DATED:  September 23, 2009    by     /s/ Samantha S. Spangler for
                                      Robert Holley
14                                     Counsel for Yvonne C. West

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

## **Order**

2     Good cause appearing,

3     1) The status conference is continued to October 15, 2009, at

4 9:00 a.m.;

5     2) Time is excluded through October 15, 2009, because of the

6 pendency of the co-defendants' sentencing hearings and the

7 anticipated dismissal of charges against this defendant, pursuant to

8 18 U.S.C. § 3161(h)(7)(A) and (B) and Local Code T.  The Court finds

9 that the interests of justice served by granting this continuance

10 outweigh the interests of the defendant and the public in a speedy

11 trial. IT IS SO ORDERED.

12  Dated: September 23, 2009

13

14                                    _____

15                                    MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28